

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00104-CV

**THOMAS RAY SIDES,**

                                            **Appellant**

 **v.**

**WILLIAM STEPHENS, DIRECTOR T.D.C.J.-I.D.,**

                                            **Appellee**

---

## From Coryell County, Texas

---

## MEMORANDUM OPINION

---

Thomas Ray Sides, an inmate, filed a direct appeal to this Court of the disciplinary action taken against him by the prison.[1]  As Sides acknowledges in his pleading, he may have a right to appeal his disciplinary action to a district court.  *See generally* TEX. GOV'T CODE ANN. § 501.008(d) (West 2012).  But we, as an appellate court, have no jurisdiction

---

[1] Sides attached original exhibits to his appeal.  We will return those exhibits to Sides with a copy of this opinion and retain copies of those exhibits for our records.  One of the exhibits is his inmate account statement which reflects he is indigent.

of direct appeals in civil cases.  *See* TEX. GOV'T CODE ANN. § 22.220 (West 2004); *see also* TEX. CONST. Art. V, § 6.

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing.  TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007).  *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. §§ 51.207(b); 51.208; § 51.941(a) (West 2013).  Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case.  TEX. R. APP. P. 2.  The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed.

Accordingly, this appeal is dismissed for want of jurisdiction.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed April 2, 2015
[CV06]

